In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against TILO ROOFING COMPANY, INC., Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See ante, p. 767.]

JOHN NICOTRA, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division and for a stay denied, with $10 costs. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY C. GIANNONE, Appellant.— The notice will be treated as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice CARSWELL.

LEON TARAS, Appellant, v. "JOHN SHOCK", Such Name Being Fictitious and Unknown to Petitioner, et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

MAURICE AMAZON, Respondent, v. CHRISTIAN F. PIEHL et al., Doing Business under the Name of BAY SHORE SPECIALTIES Co., Appellants.— Action to recover commissions earned under a contract of employment. Order denying defendants' motion for judgment on the pleadings as to the first and second causes of action in plaintiff's complaint, and granting other relief, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.